NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CRAIG JOSEPH HEDGES,

        Plaintiff - Appellant,

  v.

UNITED STATES OF AMERICA;
CALIFORNIA FRANCHISE TAX
BOARD; DAVID A. HUBBERT, Deputy
Assistant Attorney General,

        Defendants - Appellees.

No. 25-3152

D.C. No. 3:24-cv-08354-TLT

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Trina L. Thompson, District Judge, Presiding

Submitted December 17, 2025[**]

Before:    PAEZ, CHRISTEN, and KOH, Circuit Judges.

    Craig Joseph Hedges appeals pro se from the district court's order

dismissing for failure to prosecute his action challenging the federal government's

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

authority to tax Hedges. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

We do not consider the district court's dismissal for failure to prosecute because Hedges does not address the court's basis for dismissal in his opening brief. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief").

All requests set forth in Hedges's opening brief are denied.

**AFFIRMED.**